Argued and submitted November 2, reversed and remanded December 6, 2000

# STATE OF OREGON,
*Appellant,*

*v.*

# GREGORY ROBERT GANN,
*Respondent.*

(991247; CA A109184)

15 P3d 99

Daniel J. Casey, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

James B. Ehrlich argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Wollheim, Judges.